IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEXUS SERVICES, INC., *et al.*,<br><br>　Plaintiffs,<br><br>v.<br><br>CONSUMER FINANCIAL<br>PROTECTION BUREAU, *et al.*,<br><br>　Defendants.<br><br>CONSUMER FINANCIAL<br>PROTECTION BUREAU,<br><br>　Petitioner<br><br>v.<br><br>NEXUS SERVICES, INC., *et al.*,<br><br>　Respondents. | Case No. 1:17-cv-02215-ABJ<br><br><br><br><br><br><br><br>Case No. 1:17-cv-02238-ABJ<br><br>*Consolidated Cases* |

## **STIPULATION AND [PROPOSED] ORDER**

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that:

1. The Bureau of Consumer Financial Protection's petition to enforce civil investigative demand (CID) (ECF No. 1 in Case No. 2238) shall be granted as to the CID as modified on October 11, 2018 and December 4, 2018 (Modified CID);

2. Respondents Nexus Services, Inc. and Libre by Services, Inc. will comply with the Modified CID;

3. Plaintiffs Nexus Services, Inc.'s and Libre by Nexus, Inc.'s claims against the Bureau of Consumer Financial Protection (ECF No. 1 in Case No. 2215) shall be

dismissed with prejudice. The dismissal has claim-preclusive but not issue-preclusive effect. The parties agree that Nexus may assert any of the issues contained in its complaint in any future action on other claims; and

4. The Court shall retain jurisdiction to enforce the terms of the Modified CID and adjudicate any disputes related to the Modified CID.

IT IS SO STIPULATED.

Dated: December 4, 2018

>Mary McLeod
>    *General Counsel*
>John R. Coleman
>    *Deputy General Counsel*
>Steven Y. Bressler
>    *Assistant General Counsel*
>
>/s/ David A. King Jr.
>David A. King Jr. (Maryland Bar, member in good standing)
>Bureau of Consumer Financial Protection
>1700 G Street, NW
>Washington, D.C. 20552
>(202) 435-9289
>david.king@cfpb.gov
>
>*Counsel for Bureau of Consumer Financial Protection in Case No. 17-2215*
>
>Kristen A. Donoghue
>    *Enforcement Director*
>Jeffrey Paul Ehrlich
>    *Deputy Enforcement Director*
>Kara Miller
>    *Assistant Litigation Deputy*
>
>/s/ Hai Binh T. Nguyen
>Hai Binh T. Nguyen (CA Bar No. 313503)
>Donald R. Gordon (DC Bar No. 482384)
>Bureau of Consumer Financial Protection
>1700 G Street, NW
>Washington, D.C. 20552
>(202) 435-7251

haibinh.nguyen@cfpb.gov
donald.gordon@cfpb.gov

*Counsel for Bureau of Consumer Financial Protection in Case No. 17-2238*


Mary Donne Peters
GORBY PETERS LAW
1175 Peachtree St. NE
10th Floor, Suite 1000
Atlanta, GA 30361
Phone: 404-239-1150
Fax: 404-239-1179
Email: mpeters@gorbypeters.com
*Co-counsel for Nexus Services, Inc. and Libre by Nexus, Inc.*

*/s/ Anthony Troy*
Anthony F. Troy (Bar #147991)
Eckert Seamans Cherin & Mellott, LLC
919 East Main Street
Suite 1300
Richmond, VA  23219
Phone: 804-788-7751
Fax:  804-698-2950
Email: ttroy@eckertseamans.com
*Co-counsel for Nexus Services, Inc. and Libre Nexus, Inc.*


Jeffrey P. Brundage (Bar #1002117)
Eckert Seamans Cherin & Mellott, LLC
1717 Pennsylvania Avenue, NW
12th Floor
Washington, DC  20006
Phone: 202-659-6676
Fax:  202-659-6699
Email: jbrundage@eckertseamans.com
*Co-counsel for Nexus Services, Inc. and Libre by Nexus, Inc.*

## [PROPOSED] ORDER

IT IS ORDERED THAT:

1. The Consumer Financial Protection Bureau's petition to enforce civil investigative demand (CID) (ECF No. 1 in Case No. 2238) is granted as to the CID as modified on October 11, 2018 and December 4, 2018 (Modified CID);

2. Respondents Nexus Services, Inc. and Libre by Services, Inc. are directed to comply with the Modified CID;

3. Plaintiffs Nexus Services, Inc.'s and Libre by Nexus, Inc.'s claims against the Consumer Financial Protection Bureau (ECF No. 1 in Case No. 2215) are dismissed with prejudice; and

4. The Court retains jurisdiction to enforce the terms of the Modified CID and adjudicate any disputes related to the Modified CID.

DATED: _____          _____
                                  HON. AMY BERMAN JACKSON
                                  United States District Court Judge