UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEXUS SERVICES, INC., *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 17-2215 (ABJ)<br>) |
| CONSUMER FINANCIAL<br>PROTECTION BUREAU, *et al.*, | )<br>)<br>) |
| Defendants. | )<br>) |
| CONSUMER FINANCIAL<br>PROTECTION BUREAU, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 17-2238 (ABJ)<br>) |
| NEXUS SERVICES, INC., *et al.*, | )<br>)<br>) |
| Defendants. | )<br>) |

**ORDER**

IT IS ORDERED THAT:

1. The Consumer Financial Protection Bureau's petition to enforce civil investigative demand (CID) (ECF No. 1 in Case No. 2238) is granted as to the CID as modified on October 11, 2018 and December 4, 2018 (Modified CID);

2. Respondents Nexus Services, Inc. and Libre by Services, Inc. are directed to comply with the Modified CID;

3. Plaintiffs Nexus Services, Inc.'s and Libre by Nexus, Inc.'s claims against the Consumer Financial Protection Bureau (ECF No. 1 in Case No. 2215) are dismissed with prejudice; and

4. The Court retains jurisdiction to enforce the terms of the Modified CID and adjudicate any disputes related to the Modified CID.

**SO ORDERED**.

*/s/ Amy B. Jackson*

AMY BERMAN JACKSON
United States District Judge

DATE:  December 11, 2018